# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 15, 2006

131765

STACEY HELFER, Next Friend of Amber
Seilicki, Minor,
      Plaintiff-Appellee,

v

CENTER LINE PUBLIC SCHOOLS and
DEANNA LYNN MULRENIN,
      Defendants,
      Third-Party Plaintiffs-Appellants,
and

MICHELLE SLOAT,
      Defendant,
      Third-Party Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131765
COA: 265757
Macomb CC: 04-003161-NI

On order of the Court, the application for leave to appeal the June 20, 2006 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, for the reasons stated in the Court of Appeals dissenting opinion, and we REMAND this case to the Macomb Circuit Court for entry of an order granting summary disposition in favor of the defendants.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 15, 2006

_____
Clerk

t1108